NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHANNON BREWER, | No.    16-35652 |
| Plaintiff-Appellant, | D.C. No. 3:15-cv-05703-JCC<br>Western District of Washington,<br>Tacoma |
| v. | |
| NANCY A. BERRYHILL, Acting<br>Commissioner Social Security, | ORDER |
| Defendant-Appellee. | |

Before:  THOMAS, Chief Judge, and TROTT and SILVERMAN, Circuit Judges

Plaintiff-Appellant's unopposed motion to remand for consideration of new evidence [Doc. # 31] is GRANTED.  This appeal is REMANDED for further administrative proceedings.